UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_Texarkana_____ DIVISION

Felicia Gray
_____

_____

Name of Plaintiff(s)

Case Number: 5:19 cv 167

vs

Red River Army Dept / James Barr
_____

_____

Name of Defendant(s)

COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1.    This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination.  Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5.  Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2..    Plaintiff, _Felicia Gray_____, is a citizen of the United States
          (name of plaintiff)

and resides at _7309  Highland Villa Street_____ , _Texarcac__ ,
                      (street address)                              (city)

_Bowie_____ , _Texas__ , _75503___ , _903-319-3124_.
      (county)              (state)          (zip)            (telephone)

3..     Defendant, _Red River Army Depot / James Bass_, resides at, or its business is
                    (name of defendant)

located at _100 James Carlow Drive_ , _Texarkana_ ,
                    (street address)                        (city)

_Bowie_ , _Texas_ , _75503_ , _903-334-3111_ .
(county)          (state)          (zip)          (telephone)

4.     Plaintiff sought employment from the defendant or was employed by the defendant

at _100 James Carlow Drive_ , _Texarkana_ ,
                    (street address)                        (city)

_Bowie_ , _Texas_ , _75503_ .
(county)                    (state)          (zip)

5.     Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about _June 25, 19_ .
                    (month, day, year)

6.     Plaintiff filed charges against the defendant with the Equal Employment Opportunity
       Commission charging defendant with the acts of discrimination indicated in paragraphs
       9 and 10 of this complaint on or about _July 2019_ .
                    (month, day,  year)

7.     The Equal Employment Commission issued a Notice of Right to Sue which was
       received by plaintiff on _9/18/19_ .
                    (month day, year)

8.    Because of plaintiff's (1) __✓__ race, (2) _____ color, (3) __✓__ sex,

(4) _____ national origin,   defendant:

a.    __✓__ failed to employ plaintiff.

b.    __✓__ terminated plaintiff's employment.

c.    __✓__ failed to promote plaintiff.

d.    __✓__ Other _removed + replaced with someone_ _out of my protected Status._

_____

9.    The circumstances under which the defendant discriminated against plaintiff were as follows:

On June 25, I was removed from my position + replaced with someone out of my protected class. I had been bullied + harassed + when I said something I was removed. I had asked for a job audit on my job + the director got upset about it. See I knew the lady that held the position previous (which was white female) was receiving double the pay I was. This happens all the time the whites are given different job titles and paid more and are doing the same job as another employee. I knew this + they knew I did, so why couldn't I be paid the same. I am still under the Directors division therefore I don't think I have a chance of being successful because I've still been harassed in the new position + treated unfairly. EEO issued right to sue letter on 9/19/19.

10.   The acts set forth in paragraph 9 of this complaint:

    a.   __✓__   are still being committed by defendant.

    b.   _____   are no longer being committed by defendant.

    c.   _____   defendant may still be committing the acts.

11.   Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint.  WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a.   _____   Defendant be directed to employ plaintiff.

    b.   _____   Defendant be directed to re-employ plaintiff.

    c.   __✓__   Defendant be directed to promote plaintiff.

    d.   __✓__   Defendant be directed to _pay compensatory + punitive damages_____ and that the _back pay for loss wages._

Court grant such relief as may be appropriate, including injunctive orders,

damages, costs and attorney's fees.

_____Delicia Braw_____
(Signature of Plaintiff)